Submitted on record and brief June 15, reversed and remanded for reconsideration July 14, 1993

In the Matter of the Compensation of
Ronald D. Sparkman, Claimant.
SAFEWAY STORES, INC.,
*Petitioner,*

*v.*

Ronald D. SPARKMAN,
*Respondent.*
(WCB No. 91-09047; CA A74811)
855 P2d 665

Kenneth L. Kleinsmith and Meyers & Radler, Tigard, filed the brief for petitioner.

Bruce D. Smith and Smith & Smith, Medford, waived appearance for respondent.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron*, 114 Or App 64, 836 P2d 131, *rev den* 315 Or 271 (1992).